SEALED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,            :

       -against-             :               Sealed Case
                            :
                                15  Cr.  90  (VB)

John Doe                       :
          Defendant.
                            :
-------------------------------------------------------x

Briccetti, J

## ORDER ACCEPTING PLEA ALLOCUTION

The Court has reviewed the transcript of the plea allocution in the above entitled case, the

charging papers, and all other pertinent parts of the record.  The Report and Recommendation of

the  Honorable Lisa M. Smith, United States Magistrate Judge, dated February 19, 2015, is

approved and accepted.

The Clerk of the Court is directed to enter the plea.

SO ORDERED.

Dated: White Plains, New York
       5/20/15

_____
Vincent Briccetti
United States District Judge